JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEMINO M. DENNIS,<br><br>             Petitioner,<br><br>    v.<br><br>KELLY HARRINGTON, Warden,<br><br>             Respondent. | NO. CV 11-04527 JFW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 21, 2011

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE